# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
### CIVIL ACTION NO. 3:23-CV-00045-JHM-CHL

**CEDRIC B. MCNEIL,**                                                                 Petitioner,

v.

**SCOTT JORDAN,**                                                                     Respondent.

## JUDGMENT

In accordance with the order of the Court, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (DN 1) is **DISMISSED WITH PREJUDICE**, and judgment is entered in favor of Respondent.

(2) This is a **FINAL** judgment and the matter is **STRICKEN** from the active docket of the Court.

*Joseph H. McKinley Jr., Senior Judge*
*United States District Court*

July 17, 2024

cc: Counsel of record, *Pro se* Petitioner